IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STACEY E. STEVENS,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, MONTANA, et al.,<br><br>Defendants. | CV 22–194–M–DWM<br><br><br><br>ORDER |

Plaintiff Stacey E. Stevens, having not filed an amended complaint within 21 days as directed by this Court's Order dated April 22, 2024, (Doc. 11),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. The Clerk is directed to dismiss this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

DATED this 4th day of June, 2024.

Donald W. Molloy, District Judge
United States District Court

1